NEIL DUTCH HUNTERSON v. E. CALVIN NEUBERT, ETC.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE FLETCHER.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY GRANATA.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL SHORTS.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR MCCRARY.

March 8, 1989.

Petition for certification denied.